UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYRONE FIELDS,

    Petitioner,

vs.                                       CASE NO. 5:09cv83/RS/EMT

SECRETARY DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this Order.

2. The Habeas Action (Doc. 13) is DENIED as moot.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on May 22, 2009.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**